# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scudder, Jr., Michael Y. | Circuit Court - Seventh Circuit | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

219 S. Dearborn Street, Room 2648
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | Northwestern University Pritzker School of Law |
| 2. | Lecturer in Law | University of Chicago Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | Agreement with Skadden, Arps, Slate, Meagher & Flom LLP for the return of my capital. (See Part VIII) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Skadden, Arps, Slate, Meagher & Flom LLP - interest income (see Part VIII) | $6,167.00 |
| 2. | 2019 | University of Chicago Law School - Teaching | $14,000.00 |
| 3. | 2019 | Northwestern University Prtizker School of Law - Teaching | $14,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Seventh Circuit Bar Association | May 5-7, 2019 | Milwaukee, WI | Annual meeting | Hotel, transportation, meals |
| 2. | Allen County Bar Association | August 7, 2019 | Fort Wayne, IN | Speak at bar association with Judge Kanne | Transportation |
| 3. | Vanderbilt University Law School | September 11-14, 2019 | Nashville, TN | Teaching of short course | Airfare, hotel, transportation, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | JPMorgan Chase Bank Account #1 (cash account) | A | Interest | K | T | | | | | |
| 2. | JPMorgan Chase Bank Account #2 (cash account) | A | Interest | K | T | | | | | |
| 3. | JPMorgan Chase Bank Account #3 (cash account) | A | Interest | J | T | | | | | |
| 4. | Navy Federal Credit Union Account (cash account) | A | Int./Div. | J | T | | | | | |
| 5. | PNC Bank Account #1 (cash account) | A | Interest | | | Sold | 08/07/19 | J | A | |
| 6. | PNC Bank Account #2 (cash account) | A | Interest | | | Sold | 01/08/19 | J | A | |
| 7. | PNC Bank Account #3 (cash account) | A | Interest | J | T | | | | | |
| 8. | Bank of America Account #1 (cash account) | A | Interest | J | T | | | | | |
| 9. | Bank of America Account #2 (cash account) | A | Interest | J | T | | | | | |
| 10. | Citi Private Bank Investment Account (H) | | | | | | | | | |
| 11. | Western Asset Institutional Government Money Market Deposit Account | A | Interest | K | T | | | | | |
| 12. | iShares Gold TR iShares (IAU) | | None | J | T | Buy | 09/04/19 | J | | |
| 13. | | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 14. | iShares TR MSCI All Country Asia ex Japan ETF (AAXJ) | A | Dividend | | | Buy | 02/28/19 | J | | |
| 15. | | | | | | Sold | 06/17/19 | J | | |
| 16. | iShares TR Russell 1000 Value ETF (IWD) | C | Dividend | M | T | Buy<br>(add'l) | 01/16/19 | J | | |
| 17. | | | | | | Sold<br>(part) | 02/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/07/19 | J | A | |
| 19. | | | | | Sold (part) | 06/17/19 | J | A | |
| 20. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 21. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 22. iShares TR Russell 1000 Growth ETF (IWF) | B | Dividend | M | T | Buy (add'l) | 01/16/19 | J | | |
| 23. | | | | | Sold (part) | 02/28/19 | J | A | |
| 24. | | | | | Sold (part) | 05/07/19 | J | B | |
| 25. | | | | | Sold (part) | 06/17/19 | J | B | |
| 26. | | | | | Sold (part) | 09/04/19 | J | A | |
| 27. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 28. iShares TR Russell 2000 ETF (IWM) | A | Dividend | K | T | Sold (part) | 01/16/19 | J | A | |
| 29. | | | | | Sold (part) | 02/28/19 | J | A | |
| 30. | | | | | Sold (part) | 06/17/19 | J | A | |
| 31. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 32. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 33. iShares TR JPMorgan USD Emerging Markets Bond ETF (EMB) | C | Dividend | L | T | Sold (part) | 01/16/19 | J | | |
| 34. | | | | | Buy (add'l) | 02/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 36. | | | | | Sold (part) | 06/17/19 | J | | |
| 37. | | | | | Sold (part) | 09/04/19 | J | A | |
| 38. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 39. PIMCO ETF TR Enhanced Short Maturity Active ETF (MINT) | A | Dividend | K | T | Sold (part) | 01/16/19 | J | | |
| 40. | | | | | Sold (part) | 02/28/19 | J | | |
| 41. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 42. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 43. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 44. SPDR Bloomberg Barclays High Yield Bond ETF (JNK) | B | Dividend | K | T | Buy (add'l) | 01/16/19 | J | | |
| 45. | | | | | Sold (part) | 02/28/19 | J | | |
| 46. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 47. | | | | | Sold (part) | 06/17/19 | J | | |
| 48. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 49. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 50. SPDR Nuveen Bloomberg Barclays Municipal Bond ETF (TFI) | A | Dividend | N | T | Sold (part) | 01/16/19 | J | A | |
| 51. | | | | | Buy (add'l) | 02/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/07/19 | J | A | |
| 53. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 54. | | | | | Sold (part) | 09/04/19 | J | A | |
| 55. | | | | | Sold (part) | 10/07/19 | J | A | |
| 56. SPDR Nuveen Bloomberg Barclays Short Term Municipal Bond ETF (SHM) | A | Dividend | N | T | Sold (part) | 01/16/19 | J | | |
| 57. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 58. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 59. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 60. | | | | | Sold (part) | 09/04/19 | J | A | |
| 61. | | | | | Sold (part) | 10/07/19 | J | A | |
| 62. Vanguard FTSE Developed Markets ETF (VEA) | C | Dividend | M | T | Buy (add'l) | 01/16/19 | J | | |
| 63. | | | | | Sold (part) | 02/28/19 | J | A | |
| 64. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 65. | | | | | Sold (part) | 06/17/19 | J | A | |
| 66. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 67. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 68. Vanguard Int'l Equity Index FDS FTSE Emerging Markets ETF (VWO) | B | Dividend | K | T | Sold (part) | 01/16/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 02/28/19 | J | A | |
| 70. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 72. | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 73. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 74. Citi Private Bank Individual Retirement Account #1 (H) | | | | | | | | | |
| 75. Western Asset Institutional Government Money Market Deposit Account | A | Interest | J | T | | | | | |
| 76. iShares Gold TR iShares (IAU) | | None | J | T | Buy | 09/04/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 78. iShares MSCI All Country Asia ex Japan ETF (AAXJ) | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 80. | | | | | Sold<br>(part) | 06/17/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 82. | | | | | Sold<br>(part) | 10/07/19 | J | | |
| 83. PIMCO ETF TR Enhanced Short Maturity Active ETF (MINT) | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 84. | | | | | Sold<br>(part) | 02/28/19 | J | A | |
| 85. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 87.   iShares TR Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 88. | | | | | Sold (part) | 02/28/19 | J | A | |
| 89. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 90. | | | | | Sold (part) | 06/17/19 | J | A | |
| 91. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 92. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 93.   iShares TR Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Buy (add'l) | 01/16/19 | J | | |
| 94. | | | | | Sold (part) | 02/28/19 | J | A | |
| 95. | | | | | Sold (part) | 05/07/19 | J | A | |
| 96. | | | | | Sold (part) | 06/17/19 | J | B | |
| 97. | | | | | Sold (part) | 09/04/19 | J | A | |
| 98. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 99.   iShares TR Russell 2000 ETF (IWM) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 100. | | | | | Sold (part) | 02/28/19 | J | A | |
| 101. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 102. | | | | | Sold (part) | 06/17/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | Buy (add'l) | 09/04/19 | J | | |
| 104. | | | | | | Buy (add'l) | 10/07/19 | J | | |
| 105. | iShares TR JPMorgan USD Emerging MKTs Bond ETF (EMB) | A | Dividend | J | T | Sold (part) | 01/16/19 | J | | |
| 106. | | | | | | Buy (add'l) | 02/28/19 | J | | |
| 107. | | | | | | Buy (add'l) | 05/07/19 | J | | |
| 108. | | | | | | Sold (part) | 06/17/19 | J | | |
| 109. | | | | | | Buy (add'l) | 09/04/19 | J | | |
| 110. | | | | | | Sold (part) | 10/07/19 | J | | |
| 111. | iShares TR Short-Term Corp. Bond ETF (IGSB) | A | Dividend | | | Buy (add'l) | 01/16/19 | J | | |
| 112. | | | | | | Sold (part) | 02/28/19 | J | A | |
| 113. | | | | | | Sold (part) | 05/07/19 | J | A | |
| 114. | | | | | | Buy (add'l) | 06/17/19 | J | | |
| 115. | | | | | | Sold (part) | 09/04/19 | J | A | |
| 116. | | | | | | Sold | 10/07/19 | J | A | |
| 117. | Vanguard Total Bond Market ETF (BND) | A | Dividend | K | T | Sold (part) | 01/16/19 | J | | |
| 118. | | | | | | Buy (add'l) | 02/28/19 | J | | |
| 119. | | | | | | Buy (add'l) | 05/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 121. | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 122. | | | | | Sold<br>(part) | 10/07/19 | J | A | |
| 123. Vanguard FTSE Developed Markets ETF (VEA) | C | Dividend | L | T | Buy<br>(add'l) | 01/16/19 | J | | |
| 124. | | | | | Sold<br>(part) | 02/28/19 | J | A | |
| 125. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 126. | | | | | Sold<br>(part) | 06/17/19 | J | A | |
| 127. | | | | | Buy<br>(add'l) | 09/04/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 129. Vanguard Charlotte FDS Total International Bond ETF (BNDX) | A | Dividend | J | T | Sold<br>(part) | 01/16/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 02/28/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 05/07/19 | J | | |
| 132. | | | | | Sold<br>(part) | 06/17/19 | J | A | |
| 133. | | | | | Sold<br>(part) | 09/04/19 | J | A | |
| 134. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 135. Vanguard Int'l Equity Index FDS FTSE Emerging Markets ETF (VWO) | A | Dividend | K | T | Sold<br>(part) | 01/16/19 | J | A | |
| 136. | | | | | Sold<br>(part) | 02/28/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/07/19 | J | | |
| 138. | | | | | Sold (part) | 06/17/19 | J | A | |
| 139. | | | | | Sold (part) | 09/04/19 | J | A | |
| 140. | | | | | Sold (part) | 10/07/19 | J | A | |
| 141. TD Ameritrade Investment Account #1 (H) | | | | | | | | | |
| 142. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 143. Guggenheim BulletShares 2021 ETF (BSCL) | B | Dividend | L | T | | | | | |
| 144. Guggenheim BulletShares 2020 ETF (BSCK) | B | Dividend | L | T | | | | | |
| 145. Guggenheim BulletShares 2022 ETF (BSCM) | B | Dividend | K | T | Sold (part) | 07/26/19 | L | B | |
| 146. Guggenheim 2023 Corporate Bond ETF (BSCN) | B | Dividend | | | Sold | 06/18/19 | L | C | |
| 147. Invesco Bullet Shares 2024 Corporate Bond ETF (BSCO) | B | Dividend | | | Sold | 06/18/19 | L | C | |
| 148. iShares Core High Dividend ETF (HDV) | B | Dividend | L | T | | | | | |
| 149. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | | | | | |
| 150. Vanguard Growth ETF (VUG) | A | Dividend | L | T | | | | | |
| 151. Vanguard Value ETF (VTV) | C | Dividend | M | T | Buy (add'l) | 08/28/19 | J | | |
| 152. Vanguard Total Stock Market ETF (VTI) | A | Dividend | L | T | | | | | |
| 153. DoubleLine Flexible Income Fund I (DFLEX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. DoubleLine Low Duration Bond Fund Class I (DBLSX) | C | Dividend | M | T | Sold | 07/26/19 | M | | |
| 155. | | | | | Buy | 08/28/19 | M | | |
| 156. Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | J | T | | | | | |
| 157. Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | K | T | Buy (add'l) | 08/28/19 | J | | |
| 158. Wisdom Tree U.S. Total Market Fund (EXT) | A | Dividend | K | T | | | | | |
| 159. SPDR Bloomberg Barclays Investment Grade Floating Rate ETF (FLRN) | B | Dividend | K | T | Sold (part) | 06/18/19 | J | | |
| 160. SPDR SSGA U.S. Large Cap Low Volatility Index ETF (LGLV) | A | Dividend | K | T | | | | | |
| 161. Federated Drive Cash Obligations Fund (PRCXX) | B | Dividend | M | T | Sold (part) | 05/02/19 | J | | |
| 162. | | | | | Buy (add'l) | 06/18/19 | M | | |
| 163. | | | | | Sold | 07/26/19 | M | | |
| 164. | | | | | Buy | 08/28/19 | M | | |
| 165. Wisdom Tree Floating Rate Treasury Fund (USFR) | A | Dividend | K | T | Sold (part) | 06/18/19 | K | | |
| 166. Wisdom Tree US Short-Term High Yield ETF (SFHY) | C | Dividend | L | T | Buy | 06/18/19 | L | | |
| 167. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 168. iShares Gold Trust (IAU) | | None | K | T | | | | | |
| 169. TD Ameritrade Investment Account #2 (H) | | | | | | | | | |
| 170. TD Ameritrade FDIC Insured Deposit Account (cash account) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Guggenheim 2023 Corporate Bond ETF (BSCN) (Y) | | | | | | | | | |
| 172. Guggenheim BulletShares 2022 ETF (BSCM) (Y) | | | | | | | | | |
| 173. Guggenheim BulletShares 2021 ETF (BSCL) (Y) | | | | | | | | | |
| 174. Guggenheim BulletShares 2020 ETF (BSCK) (Y) | | | | | | | | | |
| 175. iShares Core High Dividend ETF (HDV) (Y) | | | | | | | | | |
| 176. iShares Gold Trust ETF (IAU) (Y) | | | | | | | | | |
| 177. ProShares Short S&P 500 New ETF (SH) (Y) | | | | | | | | | |
| 178. Vanguard Dividend Appreciation ETF (VIG) (Y) | | | | | | | | | |
| 179. Vanguard All-World ex-US ETF (VEU) (Y) | | | | | | | | | |
| 180. Vanguard Growth ETF (VUG) (Y) | | | | | | | | | |
| 181. Vanguard Value ETF (VTV) (Y) | | | | | | | | | |
| 182. Vanguard Total Stock Market ETF (VTI) (Y) | | | | | | | | | |
| 183. DoubleLine Flexible Income Fund I (DFLEX) (Y) | | | | | | | | | |
| 184. DoubleLine Low Duration Bond Fund Class I (DBLSX) (Y) | | | | | | | | | |
| 185. Wisdom Tree Emerging Markets Equity Income Fund (DEM) (Y) | | | | | | | | | |
| 186. Wisdom Tree International LargeCap Dividend Fund (DOL) (Y) | | | | | | | | | |
| 187. Wisdom Tree U.S. SmallCap Quality Dividend Growth Fund (DGRS) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Wisdom Tree U.S.SmallCap Fund (EES) (Y) | | | | | | | | | |
| 189. Wisdom Tree U.S. Total Market Fund (EXT) (Y) | | | | | | | | | |
| 190. SPDR Bloomberg Barclays Investment Grade Floating Rate ETF (FLRN) (Y) | | | | | | | | | |
| 191. Guggenheim Ultra Short Duration ETF (GSY) (Y) | | | | | | | | | |
| 192. Wisdom Tree International Quality Dividend Growth Fund (IQDG) (Y) | | | | | | | | | |
| 193. Lord Abbett Short Duration Income Fund Class A (LALDX) (Y) | | | | | | | | | |
| 194. SPDR SSGA U.S. LargeCap Low Volatility Index ETF (LGLV) (Y) | | | | | | | | | |
| 195. SPDR Portfolio Short Term Treasury ETF (SPTS) (Y) | | | | | | | | | |
| 196. Vanguard Small-Cap Growth ETF (VBK) (Y) | | | | | | | | | |
| 197. Vanguard Small-Cap Value ETF (VBR) (Y) | | | | | | | | | |
| 198. Vanguard High Dividend (VYM) (Y) | | | | | | | | | |
| 199. Wells Fargo Short-Term High Yield Bond Fund (WDHYX) (Y) | | | | | | | | | |
| 200. TD Ameritrade Investment Account #3 (H) | | | | | | | | | |
| 201. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 202. Invesco BulletShares 2019 Corporate Bond ETF (BSCJ) | B | Dividend | | | Sold | 07/26/19 | L | | |
| 203. Guggenheim BulletShares 2020 ETF (BSCK) | B | Dividend | L | T | Sold (part) | 07/26/19 | K | A | |
| 204. Guggenheim BulletShares 2021 ETF (BSCL) | B | Dividend | L | T | Sold (part) | 07/26/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. DoubleLine Flexible Income Fund I (DFLEX) | B | Dividend | L | T | Buy (add'l) | 06/18/19 | J | | |
| 206. Wisdom Tree Emerging Markets High Div ETF (DEM) | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 207. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 208. Wisdom Tree International LargeCap Div ETF (DOL) | A | Dividend | K | T | Buy | 06/18/19 | K | | |
| 209. SPDR S&P Emerging Markets Dividend ETF (EDIV) | A | Dividend | | | Sold (part) | 02/27/19 | J | A | |
| 210. | | | | | Sold | 06/18/19 | J | A | |
| 211. Wisdom Tree US Total Stock Market ETF (EXT) | A | Dividend | K | T | Buy | 06/18/19 | K | | |
| 212. SPDR Bloomberg Barclays Inv Grade Flt Rate ETF (FLRN) | A | Dividend | L | T | Buy | 08/28/19 | L | | |
| 213. Wisdom Tree International Qual Div ETF (IQDG) | A | Dividend | J | T | Buy | 06/18/19 | K | | |
| 214. iShares Gold Trust ETF (IAU) | | None | L | T | | | | | |
| 215. Federated Drive Cash Obligations Fund (PRCXX) | B | Dividend | M | T | Buy (add'l) | 02/27/19 | K | | |
| 216. | | | | | Sold (part) | 05/02/19 | J | | |
| 217. | | | | | Buy (add'l) | 06/18/19 | L | | |
| 218. | | | | | Sold | 07/26/19 | L | | |
| 219. | | | | | Buy | 08/28/19 | M | | |
| 220. Invesco FTSE RAFI U.S. 1000 ETF (PRF) | A | Dividend | | | Sold | 06/18/19 | K | | |
| 221. Invesco FTSE RAFI Developed Markets ex-U.S. ETF (PXF) | A | Dividend | | | Sold | 06/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Invesco FTSE RAFI Emerging Markets ETF (PXH) | A | Dividend | | | Sold (part) | 02/27/19 | J | A | |
| 223. | | | | | Sold | 06/18/19 | J | A | |
| 224. Wisdom Tree US Short-Term High Yield ITF (SFHY) | A | Dividend | L | T | Buy | 08/28/19 | L | | |
| 225. SPDR Portfolio Developed World ex-US ETF (SPDW) | A | Dividend | J | T | Sold (part) | 06/18/19 | J | | |
| 226. SPDR Portfolio Total Stock Market ETF (SPTM) | B | Dividend | M | T | Sold (part) | 02/27/19 | J | | |
| 227. | | | | | Buy (add'l) | 06/18/19 | K | | |
| 228. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 229. SPDR Portfolio S&P 500 High Dividend ETF (SPYD) | B | Dividend | L | T | Sold (part) | 02/27/19 | J | | |
| 230. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 231. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 232. SPDR Portfolio S&P 500 Growth ETF (SPYG) | B | Dividend | M | T | Sold (part) | 02/27/19 | J | | |
| 233. | | | | | Buy (add'l) | 06/18/19 | K | | |
| 234. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 235. SPDR Portfolio S&P 500 Value ETF (SPYV) | C | Dividend | M | T | Sold (part) | 02/27/19 | J | | |
| 236. | | | | | Buy (add'l) | 06/18/19 | K | | |
| 237. | | | | | Buy (add'l) | 08/28/19 | J | | |
| 238. T. Rowe Price Ultra Short-Term Bond Fund (TRBUX) | B | Dividend | J | T | Buy (add'l) | 06/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold (part) | 07/26/19 | L | A | |
| 240. SPDR SSGA Ultra Short Term Bond Fund ETF (ULST) | B | Dividend | L | T | Buy (add'l) | 02/27/19 | J | | |
| 241. | | | | | Sold (part) | 06/18/19 | K | A | |
| 242. | | | | | Buy (add'l) | 08/28/19 | K | | |
| 243. TD Ameritrade Individual Retirement Account #1 (H) | | | | | | | | | |
| 244. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | K | T | | | | | |
| 245. DoubleLine Low Duration Bond Fund Class I (DBLSX) | C | Dividend | L | T | | | | | |
| 246. Wisdom Tree Emerging Markets Equity Income Fund (DEM) | A | Dividend | J | T | | | | | |
| 247. Wisdom Tree Emerging Markets Quality Dividend Growth Fund (DGRE) | A | Dividend | J | T | | | | | |
| 248. Wisdom Tree U.S. SmallCap Quality Dividend Growth Fund (DGRS) | A | Dividend | K | T | | | | | |
| 249. Wisdom Tree International LargeCap Dividend Fund (DOL) | A | Dividend | J | T | | | | | |
| 250. Wisdom Tree U.S.SmallCap Fund (EES) | A | Dividend | J | T | | | | | |
| 251. Wisdom Tree U.S. Total Market Fund (EXT) | A | Dividend | K | T | | | | | |
| 252. Wisdom Tree U.S. Mid Cap Fund (EZM) | A | Dividend | K | T | | | | | |
| 253. SPDR Bloomberg Barclays Investment Grade Floating Rate ETF (FLRN) | A | Dividend | | | Sold | 06/18/19 | K | | |
| 254. iShares Gold Trust ETF (IAU) | | None | K | T | | | | | |
| 255. Wisdom Tree International Quality Dividend Growth Fund (IQDG) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. SPDR Portfolio Emerging Markets ETF (SPEM) | A | Dividend | J | T | | | | | |
| 257. SPDR Portfolio Short Term Treasury ETF (SPTS) | A | Dividend | K | T | Sold (part) | 06/18/19 | J | A | |
| 258. Vanguard Small-Cap Growth ETF (VBK) | A | Dividend | K | T | | | | | |
| 259. Vanguard Small-Cap Value ETF (VBR) | A | Dividend | K | T | | | | | |
| 260. Vanguard FTSE All-World ex-U.S. ETF (VEU) | A | Dividend | K | T | | | | | |
| 261. Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | | | | | |
| 262. Vanguard Total Stock Market ETF (VTI) | B | Dividend | L | T | | | | | |
| 263. Vanguard Value ETF (VTV) | C | Dividend | M | T | | | | | |
| 264. Vanguard Growth ETF (VUG) | A | Dividend | L | T | | | | | |
| 265. Wisdom Tree High Yield ETF (WFHY) | B | Dividend | K | T | Buy | 06/18/19 | K | | |
| 266. TD Ameritrade Individual Retirement Account #2 (H) | | | | | | | | | |
| 267. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 268. SPDR S&P Emerging Markets Small Cap ETF (EWX) | A | Dividend | J | T | | | | | |
| 269. SPDR S&P International Small Cap ETF (GWX) | A | Dividend | J | T | Buy (add'l) | 10/15/19 | J | | |
| 270. SPDR S&P 600 Small Cap Value ETF (SLYV) | A | Dividend | J | T | Buy (add'l) | 10/15/19 | J | | |
| 271. SPDR Portfolio Developed World ex-U.S. ETF (SPDW) | A | Dividend | J | T | Buy (add'l) | 10/15/19 | J | | |
| 272. SPDR Portfolio Emerging Markets ETF (SPEM) | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. SPDR Portfolio Large Cap ETF (SPLG) | A | Dividend | K | T | | | | | |
| 274. SPDR Portfolio Small Cap ETF (SPSM) | A | Dividend | J | T | Buy<br>(add'l) | 10/15/19 | J | | |
| 275. SPDR Portfolio S&P 500 High Dividend ETF (SPYD) | A | Dividend | K | T | | | | | |
| 276. SPDR Portfolio S&P 500 Growth ETF (SPYG) | A | Dividend | K | T | | | | | |
| 277. SPDR Portfolio S&P 500 Value ETF (SPYV) | A | Dividend | K | T | | | | | |
| 278. TD Ameritrade Individual Retirement Account #3 (H) | | | | | | | | | |
| 279. TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 280. Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Buy<br>(add'l) | 11/18/19 | J | | |
| 281. Vanguard Small-Cap Index Fund ETF (VB) | A | Dividend | J | T | | | | | |
| 282. Vanguard Short-Term Corporate Bond (VCSH) | A | Dividend | J | T | Buy<br>(add'l) | 11/18/19 | J | | |
| 283. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | J | T | Buy<br>(add'l) | 11/18/19 | J | | |
| 284. Vanguard Short-Term Treasury Index Fund ETF Shares (VGSH) | A | Dividend | J | T | Buy<br>(add'l) | 11/18/19 | J | | |
| 285. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | J | T | | | | | |
| 286. Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | | | | | |
| 287. Vanguard Value ETF (VTV) | A | Dividend | J | T | | | | | |
| 288. Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 289. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  TD Ameritrade Investment Account #4 (H) | | | | | | | | | |
| 291.  TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 292.  Wisdom Tree Balance Income ETF (WBAL) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 293.  Federated Prime Cash Obligations Fund (PRCXX) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 294.  TD Ameritrade Investment Account #5 (H) | | | | | | | | | |
| 295.  TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 296.  Wisdom Tree Balance Income ETF (WBAL) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 297.  Federated Prime Cash Obligations Fund (PRCXX) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 298.  TD Ameritrade Investment Account #6 (H) | | | | | | | | | |
| 299.  TD Ameritrade FDIC Insured Deposit Account (cash account) | A | Interest | J | T | | | | | |
| 300.  Wisdom Tree Balance Income ETF (WBAL) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 301.  Federated Prime Cash Obligations Fund (PRCXX) | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 302.  Illinois Bright Directions 529 Account (H) | | | | | | | | | |
| 303.  Invesco Government Agency Portfolio C | | None | K | T | | | | | |
| 304.  Bright Directions Age-Based Allocation | | None | L | T | | | | | |
| 305.  West Virginia Smart Select 529 Account #1 (H) (see Part VIII) | | | | | | | | | |
| 306.  All Equity Portfolio D | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Scudder, Jr., Michael Y.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. West Virginia Smart Select 529 Account #2 (H) (see Part VIII) | | | | | | | | | |
| 308. All Equity Portfolio D | | None | K | T | | | | | |
| 309. Farmland - LaGrange County, Indiana | B | Rent | M | W | | | | | |
| 310. REC RT, L.L.C. 125 12.5% Preferred Units (REIT) | | None | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part II, I have disclosed my agreement with my former law firm, Skadden, Arps, Slate, Meagher & Flom LLP, entitling me to a return of my capital in the firm. I received the first installment of my return of capital in 2018 after joining the U.S. Court of Appeals for the Seventh Circuit. I received the final installment in 2019. The 2019 return of capital included $6,167 in interest, which I have reported as non-investment income in Part III.

In Part VII, I have disclosed two accounts in the West Virgina Smart Select 529 Plan. In both accounts, the principal is invested in an all equity portfolio. The Plan's fund manager is the Hartford Life Insurance Company. Beyond choosing an all equity portfolio concentration, I do not make or receive information about individual investment decisions within the accounts. The investment statements I receive show only the aggregate market value of the accounts at reporting dates, not specific equity holdings that the Plan chose to invest in.

| Name of Person Reporting | Date of Report |
|---|---|
| Scudder, Jr., Michael Y. | 05/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael Y. Scudder, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544